Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Glenn Bernal

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Glenn Bernal,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK USA, N.A.<br><br>Defendants. | Case No.: 2:21-cv-09691-RGK-AS<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT CAPITAL ONE BANK USA, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Glenn Bernal and defendant Capital One Bank USA, N.A., have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Capital One Bank USA, N.A. within 21 days once the settlement is finalized.

Dated: January 21, 2022

**Gale, Angelo, Johnson, & Pruett, P.C.**
/s/ *Joe Angelo*
Joe Angelo
Attorney for Plaintiff